Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>Juan Reyes<br><br>Debtor | CASE NO. 18-10504-B-13F<br><br>DC NO.: MHM-2<br><br>CHAPTER 13 PROCEEDING<br><br>MOTION TO DISMISS<br>PURSUANT TO 11 U.S.C. §1307<br><br>DATE: May 10, 2018<br>TIME: 1:30 PM<br>PLACE:<br>   U.S. Courthouse<br>   5th Floor, Dept. B, Courtroom 13<br>   2500 Tulare Street<br>   Fresno, Ca 93721<br><br>JUDGE: Hon. Rene Lastreto II |

**TO THE DEBTOR AND HIS ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move to **DISMISS** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

    1. Unreasonable delay by the debtor that is prejudicial to creditors. [1307(c)(1)]

    2. Cause: Failure to cooperate and surrender to the Trustee recorded information including books, documents, records, etc. [11 U.S.C. §521(a)(3) and (4)]

    -Missing documents:

    a.) Authorization to Release Information form

    b.) 2017 State tax returns

-1-

  c.) Complete Class 1 Checklist with most recent mortgage statement

  d.) deed of trust

  e.) 2016 Jeep sales contract/statement

 3. Cause: Failure to file complete and accurate Schedule C, H and J and plan. 11 U.S.C §521 and/or F.R.B.P 1007.

**WHEREFORE**, the Trustee requests the court dismiss this case.

DATED: 4-9-18

        /s/ Michael H. Meyer
        Michael H. Meyer, Chapter 13 Trustee