Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

Juan Reyes

        Debtor,

CASE NO. 18-10504-B-13F
DC NO.:  MHM-2

CHAPTER 13 PROCEEDING

DECLARATION IN SUPPORT OF
MOTION TO DISMISS PURSUANT
TO 11 U.S.C. § 1307

DATE: May 10, 2018
TIME: 1:30 PM
PLACE: U.S. Courthouse
Dept. B, Courtroom 13, 5th Floor
2500 Tulare Street
Fresno, Ca 93721

JUDGE: Hon. Rene Lastreto II

    I, Elizabeth Clark, an employee of Michael H. Meyer, Chapter 13 Standing Trustee, declare as follows:

    1. If called as a witness in this matter, I would testify from personal knowledge to the following.

    2. I am familiar with this office's intake of documents and procedures for documenting case notes.

    3. This motion is sought on grounds of unreasonable delay.

    4. On or about February 21, 2018, Trustee sent a list of the required/requested documents checklist to Debtor and Debtor's attorney.

5. The checklist requests the following documentation:

a.) Class 1 Checklist, with most recent mortgage statement

b.) Authorization to Release Information

c.) All pages of most recent Federal and State tax returns filed by the debtor(s)

d.) For each debt secured by real or personal property, provide a copy of the contract showing payments remaining, number of months to pay and a copy of all notes and trust deeds secured by the property

6. These were to have been provided to the trustee within (14) fourteen days of the filing of the Petition.

7. Debtor failed to provide the following within the time requested for Trustee's audit:

a.) Authorization to Release Information form

b.) 2017 State tax returns

c.) No late fee was listed on Class 1 Checklist

d.) most recent mortgage statement

e.) deed of trust

f.) 2016 Jeep sales contract/statement

8. Debtor's Schedule C is incomplete.

9. Debtor's Schedule H is inaccurate. No spouse is listed but Schedule I shows a spouse.

10. Debtor's plan is incomplete fails to list a dividend in 3.06 even though there are claims listed in 3.05.

11. Debtor's Schedule J is inaccurate. Debtor's mortgage is in the plan.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 9, 2018, at Fresno, California.

                                /s/ Elizabeth Clark
                                Elizabeth Clark